# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Joshua Neil Ames | § | Case No. 15-21271 |
| Tracy Lynn Ames | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/19/2015 . The undersigned trustee was appointed on 06/19/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $       3,066.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 174.98 |
   | Bank service fees | 40.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]             $ | 2,851.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/13/2015  and the deadline for filing governmental claims was  12/16/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 766.50 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 766.50 , for a total compensation of $ 766.50 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2016                           By:/s/Zane L. Zielinski
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-21271 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Joshua Neil Ames | | | | | Date Filed (f) or Converted (c): | 06/19/2015 (f) |
| | Tracy Lynn Ames | | | | | 341(a) Meeting Date: | 07/20/2015 |
| For Period Ending: | 03/09/2016 | | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 153,855.00 | 0.00 | | 0.00 | FA |
| 2. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 750.00 | 0.00 | | 0.00 | FA |
| 6. Interests in IRA, ERISA, Keogh, or other pension or profit s | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. Interests in IRA, ERISA, Keogh, or other pension or profit s | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Jeep cherokee: Automobiles, trucks, trailers, and other | 750.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Toyota Siena: Automobiles, trucks, trailers, and other | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. Byline Bank Checking: Checking, savings or other financial a (u) | 917.75 | 0.00 | | 0.00 | FA |
| 11. ByLine Minor Statements Savings: Checking, savings or other (u) | 0.71 | 0.00 | | 0.00 | FA |
| 12. Byline Bank Minor Statements Savings: Checking, savings or o (u) | 0.75 | 0.75 | | 0.00 | FA |
| 13. 2001 Lexus ES300: Automobiles, trucks, trailers, and other v (u) | 1,500.00 | 900.00 | | 900.00 | FA |
| 14. Cowboy Tickets: Other Personal Property (u) | 2,166.00 | 2,166.00 | | 2,166.00 | FA |
| 15. Seat License for Cowboy Tickets: Other Personal Property (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $189,440.21 | $3,066.75 | | $3,066.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011)  *(Page: 3)*

The Trustee is preparing motion to sell, and then preparing final report.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 24 Seneca Dr. Montgomery, Il 60538 Single Family Home Value |
| RE PROP # | 2 | -- | North Community Bank Checking. The Debtor filed amended schedules correcting North Community Bank single account as multiple ByLine Bank accounts. |
| RE PROP # | 3 | -- | 1 Couch 2 yrs old, 1 flat screen tv 46" 3 yrs old, 26" Flat Screen TV 5 yrs old; 19" Flat screen TV 4 Yrs old; 1 box TV; 1 couch 4 yrd old; 1 table and chairs 9 yrs old; 4 bedroom sets 3-10yrs old |
| RE PROP # | 5 | -- | Wedding Bands & Decorative Jewelry |
| RE PROP # | 6 | -- | 401K Balance |
| RE PROP # | 7 | -- | 401K Wife |
| RE PROP # | 8 | -- | Originaly Scheduled as a 1999 Jeep Wrangler 204,000 Miles. The value was reduced because vehicle was different then scheduled. |
| RE PROP # | 9 | -- | 2005 Toyota Siena 140,000 Miles |
| RE PROP # | 10 | -- | By Line Bank Checking |
| RE PROP # | 11 | -- | Byline Bank Minor Savings account of Isabel Ames. |
| RE PROP # | 12 | -- | Byline Bank Minor Statements Savings Account Matthew Ames |
| RE PROP # | 13 | -- | 2001 Lexus ES300 |
| RE PROP # | 14 | -- | Dallas Cowboys Season Tickets 4 seats, owned jointly with Aaron Adams. |
| RE PROP # | 15 | -- | 4 dallas cowboys season tickets personal seat license, joint owned with Aaron Adams. |

Initial Projected Date of Final Report (TFR): 01/31/2015     Current Projected Date of Final Report (TFR): 01/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 15-21271 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Joshua Neil Ames | Bank Name: | Associated Bank |
| | Tracy Lynn Ames | Account Number/CD#: | XXXXXX4438 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | KATHRYN J. AMES<br>12924 BLUE SPUCE DRIVE<br>PLAINFIELD, ILLINOIS 60585 | Payment for Tickets | 1129-000 | $2,166.00 | | $2,166.00 |
| 09/16/15 | | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, ILLINOIS 60004 | Sale of Lexus via Auction | | $725.02 | | $2,891.02 |
| | | | Gross Receipts       $900.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning and towing       ($174.98) | 6620-000 | | | |
| | 13 | | 2001 Lexus ES300:       $900.00<br>Automobiles, trucks, trailers, and other v | 1229-000 | | | |
| 10/12/15 | | KATHRYN J. AMES<br>12924 BLUE SPUCE DRIVE<br>PLAINFIELD, ILLINOIS 60585 | Payment for Tickets Reversal According to bank statements the check was returned for insufficient funds on September 23, 2015 | 1129-000 | ($2,166.00) | | $725.02 |
| 10/14/15 | | Associated Bank | NSF Fee | 2600-000 | | $12.00 | $713.02 |
| 10/16/15 | 14 | PNC Bank/Cashier's Check<br>PNC Bank<br>PNC Bank, NA<br>Florida, Bank 01 | Purchase of Cowboy Tickets | 1129-000 | $2,166.00 | | $2,879.02 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,869.02 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,859.02 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,849.02 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,839.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:              $2,891.02              $52.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-21271 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Joshua Neil Ames | Bank Name: | Associated Bank |
| | Tracy Lynn Ames | Account Number/CD#: | XXXXXX4438 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/16 | | Associated Bank | NSF Fee refund | 2600-000 | | ($12.00) | $2,851.02 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $2,891.02 | $40.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,891.02 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,891.02 | $40.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    ($12.00)

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4438 - Checking | $2,891.02 | $40.00 | $2,851.02 |
|  | $2,891.02 | $40.00 | $2,851.02 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $174.98 |
|---|---|
| Total Net Deposits: | $2,891.02 |
| Total Gross Receipts: | $3,066.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-21271  
Debtor Name: Joshua Neil Ames  
Claims Bar Date: 11/13/2015  

Date: March 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $766.50 | $766.50 |
| 1 280 5800 | Internal Revenue Service<br>Po Box 21126<br>Philadelphia, Pa 19114 | Priority | | $11,000.00 | $8,197.55 | $8,197.55 |
| 300 7100 | Internal Revenue Service<br>P.O. Box 7346<br>Philedelphia, Pennsylvania 19101-7346 | Unsecured | | $11,000.00 | $421.45 | $421.45 |
| 2 300 7100 | Midland Credit Management, Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $8,649.00 | $8,648.59 | $8,648.59 |
| 3 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $44,379.00 | $48,517.96 | $48,517.96 |
| 4 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Old Navy)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $3,565.00 | $4,324.79 | $4,324.79 |
| | Case Totals | | | $78,593.00 | $70,876.84 | $70,876.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-21271
Case Name: Joshua Neil Ames
            Tracy Lynn Ames
Trustee Name: Zane L. Zielinski

| | | |
|---|---|---|
| Balance on hand | $ | 2,851.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 766.50 | $ 0.00 | $ 766.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 766.50 |
| Remaining Balance | | | $ 2,084.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,197.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 8,197.55 | $ 0.00 | $ 2,084.52 |
| | Total to be paid to priority creditors | | | $ 2,084.52 |

    Remaining Balance      $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 61,912.79 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | $ 421.45 | $ 0.00 | $ 0.00 |
| 2 | Midland Credit Management, Inc | $ 8,648.59 | $ 0.00 | $ 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 48,517.96 | $ 0.00 | $ 0.00 |
| 4 | Portfolio Recovery Associates, Llc | $ 4,324.79 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $    0.00

    Remaining Balance      $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE