UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Joshua Neil Ames § | Case No. 15-21271 |
| Tracy Lynn Ames § | |
| § | |
| Debtors § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 04/01/2016 in Courtroom ,
Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2016        By: /s/ Zane L. Zielinski
                                                            Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Joshua Neil Ames § Case No. 15-21271
Tracy Lynn Ames §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,066.00 |
| and approved disbursements of | $ | 214.98 |
| leaving a balance on hand of[1] | $ | 2,851.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 766.50 | $ 0.00 | $ 766.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 766.50 |
| Remaining Balance | $ 2,084.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,197.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 8,197.55 | $ 0.00 | $ 2,084.52 |
| | Total to be paid to priority creditors | | | $ 2,084.52 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,912.79  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | $ 421.45 | $ 0.00 | $ 0.00 |
| 2 | Midland Credit Management, Inc | $ 8,648.59 | $ 0.00 | $ 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 48,517.96 | $ 0.00 | $ 0.00 |
| 4 | Portfolio Recovery Associates, Llc | $ 4,324.79 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 15-21271-BWB
Joshua Neil Ames                                              Chapter 7
Tracy Lynn Ames
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: driddick              Page 1 of 2              Date Rcvd: Mar 10, 2016
                              Form ID: pdf006             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2016.
db/jdb         +Joshua Neil Ames,    Tracy Lynn Ames,    24 Seneca Dr,   Montgomery, IL 60538-2345
23490046       +AT&T Stadium Sales Office,    One AT&T Way,   Arlington, TX 76011-6143
23409672      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
23409674      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
23409673       +Cap1/mnrds,    26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
23409679       +Fair Collections & Out,    12304 Baltimore Ave Unite E,   Beltsville, MD 20705-1314
23409684       +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
23409688       +Merchants Cr,    223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
23638119       +Midland Credit Management, Inc,    as agent for Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23409677       +E-mail/Text: bkcy@creditmgt.com Mar 11 2016 01:13:27     Credit Management Cont,   Po Box 1654,
                 Green Bay, WI 54305-1654
23409678       +E-mail/Text: asaravia@dsgcollect.com Mar 11 2016 01:13:29     Dsg Collect,
                 1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
23409680        E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2016 01:34:13     GECRB/Old Navy,
                 Attn: Bankruptcy,   Po Box 130104,    Roswell, GA 30076
23409681        E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2016 01:34:14     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
23409682        E-mail/Text: cio.bncmail@irs.gov Mar 11 2016 01:12:48     Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114
23409683       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 11 2016 01:12:39     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
23409689       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 11 2016 01:13:41     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
23409690       +E-mail/Text: bnc@nordstrom.com Mar 11 2016 01:12:43     Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,   Englewood, CO 80155-6566
23922244        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 11 2016 01:32:03
                 Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,   (OLD NAVY),   POB 41067,
                 Norfolk, VA 23541
23841204       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2016 01:32:17
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             American Auction Associates Inc
aty             David Heath
23409676        Comenity Bank/vctrssec
23409675*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
23409685*      +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
23409686*      +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
23409687*      +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
                                                                                  TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: driddick                Page 2 of 2                  Date Rcvd: Mar 10, 2016
                               Form ID: pdf006               Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2016 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William D Lohrman    on behalf of Debtor 2 Tracy Lynn Ames wlohrman@lohrmanlaw.com,
               lohrmanw@jonaspricelaw.com
              William D Lohrman    on behalf of Debtor 1 Joshua Neil Ames wlohrman@lohrmanlaw.com,
               lohrmanw@jonaspricelaw.com
              Zane L Zielinski    on behalf of Trustee Zane L. Zielinski trustee@zanezielinski.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
              Zane L. Zielinski    trustee@zanezielinski.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
                                                                                             TOTAL: 6
```