UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Joshua Neil Ames § | Case No. 15-21271 |
| Tracy Lynn Ames § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 136,098.46                    Assets Exempt: 49,675.75
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,084.52      Claims Discharged
                                                Without Payment: 216,122.82

Total Expenses of Administration: 981.48

---

3) Total gross receipts of $ 3,066.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,066.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 132,397.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 806.50 | 806.50 | 806.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 174.98 | 174.98 | 174.98 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,000.00 | 8,197.55 | 8,197.55 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,912.00 | 61,912.79 | 61,912.79 | 2,084.52 |
| **TOTAL DISBURSEMENTS** | $ 235,309.00 | $ 71,091.82 | $ 71,091.82 | $ 3,066.00 |

    4)  This case was originally filed under chapter 7 on 06/19/2015 . The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/24/2016                    By:/s/Zane L. Zielinski
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cowboy Tickets: Other Personal Property | 1129-000 | 2,166.00 |
| 2001 Lexus ES300: Automobiles, trucks, trailers, and other v | 1229-000 | 900.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,066.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | 132,397.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 132,397.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 766.50 | 766.50 | 766.50 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 806.50 | $ 806.50 | $ 806.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Auction Associates | 6620-000 | NA | 174.98 | 174.98 | 174.98 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 174.98 | $ 174.98 | $ 174.98 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 11,000.00 | 8,197.55 | 8,197.55 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 11,000.00 | $ 8,197.55 | $ 8,197.55 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 794.00 | NA | NA | 0.00 |
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 8,058.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 10,752.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec | | 219.00 | NA | NA | 0.00 |
| | Credit Management Cont Po Box 1654 Green Bay, WI 54305 | | 404.00 | NA | NA | 0.00 |
| | Dsg Collect 1824 W Grand Ave Ste 200 Chicago, IL 60622 | | 1,414.00 | NA | NA | 0.00 |
| | Fair Collections & Out 12304 Baltimore Ave Unite E Beltsville, MD 20705 | | 138.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 9.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 |  | 181.00 | NA | NA | 0.00 |
|  | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 |  | 52.00 | NA | NA | 0.00 |
|  | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 |  | 60.00 | NA | NA | 0.00 |
|  | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 |  | 52.00 | NA | NA | 0.00 |
|  | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 |  | 1,314.00 | NA | NA | 0.00 |
|  | Nordstrom FSB Attention: Account Services Po Box 6566 Englewood, CO 80155 |  | 872.00 | NA | NA | 0.00 |
|  | Internal Revenue Service | 7100-000 | 11,000.00 | 421.45 | 421.45 | 0.00 |
| 2 | Midland Credit Management, Inc | 7100-000 | 8,649.00 | 8,648.59 | 8,648.59 | 293.18 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | 3,565.00 | 4,324.79 | 4,324.79 | 146.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 44,379.00 | 48,517.96 | 48,517.96 | 1,644.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 91,912.00 | $ 61,912.79 | $ 61,912.79 | $ 2,084.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-21271 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Joshua Neil Ames | | | | Date Filed (f) or Converted (c): | 06/19/2015 (f) |
| | Tracy Lynn Ames | | | | 341(a) Meeting Date: | 07/20/2015 |
| For Period Ending: | 08/24/2016 | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 153,855.00 | 0.00 | | 0.00 | FA |
| 2. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 750.00 | 0.00 | | 0.00 | FA |
| 6. Interests in IRA, ERISA, Keogh, or other pension or profit s | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. Interests in IRA, ERISA, Keogh, or other pension or profit s | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Jeep cherokee: Automobiles, trucks, trailers, and other | 750.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Toyota Siena: Automobiles, trucks, trailers, and other | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. Byline Bank Checking: Checking, savings or other financial a (u) | 917.75 | 0.00 | | 0.00 | FA |
| 11. ByLine Minor Statements Savings: Checking, savings or other (u) | 0.71 | 0.00 | | 0.00 | FA |
| 12. Byline Bank Minor Statements Savings: Checking, savings or o (u) | 0.75 | 0.75 | | 0.00 | FA |
| 13. 2001 Lexus ES300: Automobiles, trucks, trailers, and other v (u) | 1,500.00 | 900.00 | | 900.00 | FA |
| 14. Cowboy Tickets: Other Personal Property (u) | 2,166.00 | 2,166.00 | | 2,166.00 | FA |
| 15. Seat License for Cowboy Tickets: Other Personal Property (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $189,440.21 | $3,066.75 | | $3,066.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

The Trustee is preparing motion to sell, and then preparing final report.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 24 Seneca Dr. Montgomery, Il 60538 Single Family Home Value |
| RE PROP # | 2 | -- | North Community Bank Checking. The Debtor filed amended schedules correcting North Community Bank single account as multiple ByLine Bank accounts. |
| RE PROP # | 3 | -- | 1 Couch 2 yrs old, 1 flat screen tv 46" 3 yrs old, 26" Flat Screen TV 5 yrs old; 19" Flat screen TV 4 Yrs old; 1 box TV; 1 couch 4 yrd old; 1 table and chairs 9 yrs old; 4 bedroom sets 3-10yrs old |
| RE PROP # | 5 | -- | Wedding Bands & Decorative Jewelry |
| RE PROP # | 6 | -- | 401K Balance |
| RE PROP # | 7 | -- | 401K Wife |
| RE PROP # | 8 | -- | Originaly Scheduled as a 1999 Jeep Wrangler 204,000 Miles. The value was reduced because vehicle was different then scheduled. |
| RE PROP # | 9 | -- | 2005 Toyota Siena 140,000 Miles |
| RE PROP # | 10 | -- | By Line Bank Checking |
| RE PROP # | 11 | -- | Byline Bank Minor Savings account of Isabel Ames. |
| RE PROP # | 12 | -- | Byline Bank Minor Statements Savings Account Matthew Ames |
| RE PROP # | 13 | -- | 2001 Lexus ES300 |
| RE PROP # | 14 | -- | Dallas Cowboys Season Tickets 4 seats, owned jointly with Aaron Adams. |
| RE PROP # | 15 | -- | 4 dallas cowboys season tickets personal seat license, joint owned with Aaron Adams. |

Initial Projected Date of Final Report (TFR): 01/31/2015        Current Projected Date of Final Report (TFR): 01/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-21271 | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|
| Case Name: | Joshua Neil Ames | Bank Name: | Associated Bank |
| | Tracy Lynn Ames | Account Number/CD#: | XXXXXX4438 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | KATHRYN J. AMES<br>12924 BLUE SPUCE DRIVE<br>PLAINFIELD, ILLINOIS 60585 | Payment for Tickets | 1129-000 | $2,166.00 | | $2,166.00 |
| 09/16/15 | | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, ILLINOIS 60004 | Sale of Lexus via Auction | | $725.02 | | $2,891.02 |
| | | | Gross Receipts $900.00 | | | | |
| | | American Auction Associates | Advertising, Cleaning and towing ($174.98) | 6620-000 | | | |
| | 13 | | 2001 Lexus ES300: $900.00<br>Automobiles, trucks, trailers, and other v | 1229-000 | | | |
| 10/12/15 | | KATHRYN J. AMES<br>12924 BLUE SPUCE DRIVE<br>PLAINFIELD, ILLINOIS 60585 | Payment for Tickets Reversal According to bank statements the check was returned for insufficient funds on September 23, 2015 | 1129-000 | ($2,166.00) | | $725.02 |
| 10/14/15 | | Associated Bank | NSF Fee | 2600-000 | | $12.00 | $713.02 |
| 10/16/15 | 14 | PNC Bank/Cashier's Check<br>PNC Bank<br>PNC Bank, NA<br>Florida, Bank 01 | Purchase of Cowboy Tickets | 1129-000 | $2,166.00 | | $2,879.02 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,869.02 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,859.02 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,849.02 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,839.02 |
| | | | Page Subtotals: | | $2,891.02 | $52.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-21271 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Joshua Neil Ames | Bank Name: | Associated Bank |
| | Tracy Lynn Ames | Account Number/CD#: | XXXXXX4438 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/16 | | Associated Bank | NSF Fee refund | 2600-000 | | ($12.00) | $2,851.02 |
| 04/04/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $766.50 | $2,084.52 |
| 04/04/16 | 5002 | Internal Revenue Service<br>Po Box 21126<br>Philadelphia, Pa 19114 | Final distribution to claim 1 representing a payment of 25.43 % per court order. | 5800-000 | | $2,084.52 | $0.00 |
| 05/09/16 | 5002 | Internal Revenue Service<br>Po Box 21126<br>Philadelphia, Pa 19114 | Final distribution to claim 1 representing a payment of 25.43 % per court order. Reversal | 5800-000 | | ($2,084.52) | $2,084.52 |
| 05/10/16 | 5003 | Internal Revenue Service<br>P.O. Box 7346<br>Philedelphia, Pennsylvania 19101-7346 | Final distribution representing a payment of 3.37 % per court order. | 7100-000 | | $14.19 | $2,070.33 |
| 05/10/16 | 5004 | Midland Credit Management, Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 2 representing a payment of 3.37 % per court order. | 7100-000 | | $291.19 | $1,779.14 |
| 05/10/16 | 5005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 3.37 % per court order. | 7100-000 | | $1,633.53 | $145.61 |
| 05/10/16 | 5006 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Old Navy)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 3.37 % per court order. | 7100-000 | | $145.61 | $0.00 |
| 06/08/16 | 5003 | Internal Revenue Service<br>P.O. Box 7346<br>Philedelphia, Pennsylvania 19101-7346 | Final distribution representing a payment of 3.37 % per court order. Reversal<br>Check was returned by the IRS and they released their claim | 7100-000 | | ($14.19) | $14.19 |
| 06/14/16 | 5007 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $2.99 | $11.20 |

| | | | Page Subtotals: | | $0.00 | $2,827.82 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-21271 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Joshua Neil Ames | Bank Name: | Associated Bank |
| | Tracy Lynn Ames | Account Number/CD#: | XXXXXX4438 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3486 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/24/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Midland Credit Management, Inc | Final distribution to claim 2 representing a payment of 3.39 % per court order. | ($1.99) 7100-001 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 4 representing a payment of 3.39 % per court order. | ($1.00) 7100-001 | | | |
| 06/14/16 | 5008 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 3.39 % per court order. | 7100-000 | | $11.20 | $0.00 |

| | COLUMN TOTALS | $2,891.02 | $2,891.02 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $2,891.02 | $2,891.02 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $2,891.02 | $2,891.02 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4438 - Checking | $2,891.02 | $2,891.02 | $0.00 |
|  | $2,891.02 | $2,891.02 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $174.98 |
|---|---|
| Total Net Deposits: | $2,891.02 |
| Total Gross Receipts: | $3,066.00 |

Page Subtotals:  $0.00    $0.00